IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| TRUSTEES OF THE PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND,<br><br>*Plaintiff,*<br><br>v.<br><br>BLUE MATRIX, LLC,<br><br>*Defendant.* | Case No. 1:19-cv-00415-LO-MSN |

## ORDER

This matter comes before the Court on the Report and Recommendation (R&R) of United States Magistrate Judge Michael S. Nachmanoff, dated June 19, 2019 (Dkt. 15), on Plaintiff's Motion for Default Judgment (Dkt. 11). Defendant did not object to the R&R. The Court has reviewed the Complaint, Plaintiff's Memorandum in Support of the Motion for Default Judgment (Dkt. 12), and the supporting documents, and finds good cause to **ADOPT** the findings and recommendations of Judge Nachmanoff.

Accordingly, for the reasons cited by Judge Nachmanoff and for good cause shown, Plaintiff's Motion for Default Judgment is **GRANTED**. The Clerk of Court is instructed to enter judgment pursuant to FED. R. CIV. P. 55 in favor of Plaintiff Trustees of the Plumbers and Pipefitters National Pension Fund and against Defendant Blue Matrix, LLC, on Count I of the Complaint in the amount of $37,645.39.

It is **SO ORDERED**.

July 12, 2019
Alexandria, Virginia

Liam O'Grady
United States District Judge